The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANELLE EICHER, an individual,<br><br>Plaintiff,<br>v.<br><br>ADVANTAGE OPCO, LLC., a Delaware limited liability company d/b/a ADVANTAGE RENT A CAR; E-Z RENT-A-CAR GROUP HOLDING LLC, a Delaware limited liability company; d/b/a ADVANTAGE RENT A CAR and E-Z RENT-A-CAR; EZ RENT A CAR, INC., a Washington State Corporation<br><br>Defendants. | Case No. 2:16-cv-00932 RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES**<br><br>**NOTE ON MOTION CALENDAR:**<br>**April 21, 2017** |

## I. STIPULATION

COME NOW Plaintiff Janelle Eicher, an individual, and Defendants Advantage OPCO, LLC., a Delaware limited liability company d/b/a Advantage Rent A Car; E-Z Rent-A-Car Group Holding LLC., a Delaware limited liability company; d/b/a Advantage Rent A Car and E-Z Rent-A-Car; EZ Rent A Car, Inc., a Washington State Corporation, (collectively, the "Defendants"), by and through their respective counsel of record, agree and stipulate that all claims,

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND
FEES- 1
Case No.: 2:16-cv-00932 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

counterclaims, and issues in this matter relating to the Defendants be dismissed with prejudice and without an award of costs or attorney fees to any party.

**STIPULATED AND AGREED** this **21st** day of **April**, 2017.

| **BADGLEY MULLINS TURNER PLLC** | **FISHER & PHILLIPS LLP** |
|---|---|
| /s/ Duncan C. Turner | /s/ C. Morisset (per email authority) |
| Duncan C. Turner, WSBA #20597 | Catharine M. Morisset, WSBA #29682 |
| Daniel R. Whitmore, WSBA #24012 | **Attorneys for Defendants** |
| **Attorneys for Plaintiff** | |

## II.   ORDER

THIS MATTER having come on for hearing on stipulation of the parties and the foregoing stipulation being adequate and the court deeming itself fully advised now, therefor it is hereby ORDERED that based upon the foregoing stipulation, that all claims, counterclaims, and issues between plaintiff and defendants in this action are hereby dismissed with prejudice and without the award of costs or attorney fees to plaintiff and defendants.

DATED this 24 of April, 2017.

_____
Honorable Robert S. Lasnik

Presented by:

**BADGLEY MULLINS TURNER PLLC**

/s/ Duncan C. Turner
Duncan C. Turner, WSBA #20597
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: duncanturner@badgleymullins.com
**Attorneys for Plaintiff**

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND
FEES- 2
Case No.: 2:16-cv-00932 RSL

BADGLEY MULLINS TURNER PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

1  **LAW OFFICE OF DANIEL R. WHITMORE**

2  /s/ *Daniel R. Whitmore*
Daniel R. Whitmore, WSBA #24012
3  2626 15th Avenue West, Suite 200
Seattle, WA 98119
4  Telephone: (206) 329-8400
Email: dan@whitmorelawfirm.com
5  **Attorneys for Plaintiff**

6

7  **FISHER & PHILLIPS LLP**

8  /s/ *C. Morisset* (per email authority)
Catharine M. Morisset, WSBA #29682
9  1201 Third Avenue, Suite 2750
Seattle, WA 98101
10  Telephone: (206) 682-2308
Email: cmorisset@fisherphillips.com
11  **Attorneys for Defendants**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS AND
FEES- 3
Case No.: 2:16-cv-00932 RSL

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686